# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Platero Garcia, | No. CV-26-01467-PHX-MTL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

The Court has considered Petitioner's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 10). Rule 41(a)(1)(A)(ii) requires that a stipulation of dismissal must be "signed by all parties who have appeared." The Notice is only signed by Petitioner's counsel. (*See* Doc. 10.)

**IT IS THEREFORE ORDERED** that the Notice (Doc. 10) is denied without prejudice to Petitioner refiling a notice that complies with Rule 41(a)(1)(A)(ii).

Dated this 20th day of March, 2026.

Michael T. Liburdi
United States District Judge